UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jacob Wayne Deutshmann**  **Docket No. 7:17-CR-21-1FL**

**Petition for Action on Supervised Release**

COMES NOW John A. Cooper, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jacob Wayne Deutshmann, who upon an earlier plea of guilty to 21 U.S.C. §846 and 841(a)(1) and (b)(1)(C), Conspiracy to Distribute and Possession With Intent to Distribute over 50 Kilograms but less than 100 Kilograms of Marijuana, was sentenced by the Honorable Leon Jordan, U.S. District Judge Eastern District of Tennessee, on October 9, 2014, to the custody of the Bureau of Prisons for a term of 48 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Jacob Wayne Deutshmann was released from custody on March 3, 2017, at which time the term of supervised release commenced. On March 9, 2017, jurisdiction was transferred to the Eastern District of North Carolina.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On August 18, 2017, the defendant appeared before the Court on a Motion for Revocation citing violations of Use and Possession of Illegal Drugs, and Failure to Participate in a Urinalysis Program. The court found the defendant in violation and revoked the term of supervised release and imposed a sentence of time served. The court imposed a 36 months term of supervised release under the standard conditions of supervised release and special conditions as follows:

1. The defendant shall be released to the custody of his mother and transported to Southeastern Carolina Crossroads drug and alcohol treatment program in Elizabethtown, NC, for admission today. He shall notify the probation officer upon arrival, and reside at this facility for the full term of the treatment program including any extension that may be needed. Upon release, the defendant shall reside at a Christian Recovery House in Wilmington, NC, for a minimum of 6 weeks as arranged by the treatment program.

2. The probation office shall provide the court with a status report 6 weeks following the defendant's release from the inpatient portion of the treatment program.

The defendant completed the inpatient portion of the treatment program at Southeastern Carolina Crossroads, and his counselor recommended the defendant be allowed to return home to reside with his parents and complete the 12 week recovery program at the Carolina Crossroads facility rather than a Christian recovery house. Therefore, we are recommending the condition of supervised release be modified to allow the defendant to reside at home with his parents and also impose the standard drug aftercare condition to allow the U.S. Probation Office to enroll him in an outpatient drug treatment and testing program following the 12 week recovery period. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Jacob Wayne Deutshmann
Docket No. 7:17-CR-21-1FL
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. Upon release from Southeastern Carolina Crossroads drug and alcohol treatment, the defendant shall be allowed to return home to reside with his parents at 275 Cedar Creek Lane, Wallace, NC, and undergo a 12 week outpatient recovery program administered at Carolina Crossroads and fully participate in all meetings held at the facility and follow all treatment recommended by the facility counselors until discharged.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Michael C. Brittain<br>Michael C. Brittain<br>Supervising U.S. Probation Officer | /s/ John A. Cooper<br>John A. Cooper<br>U.S. Probation Officer<br>2 Princess Street, Suite 308<br>Wilmington, NC 28401-3958<br>Phone: 910-679-2046<br>Executed On: October 5, 2017 |

### ORDER OF THE COURT

Considered and ordered this __6th__ day of __October__, 2017, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge